# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EASTON HARVEY, | ) |
| Plaintiff, | ) 2:10-CV-01807-PMP-PAL |
| vs. | ) |
| WASHINGTON MUTUAL BANK, F.A; JP MORGAN CHASE BANK, N.A.; CALIFORNIA RECONVEYANCE COMPANY; EXECUTIVE TRUSTEE SERVICES, LLC; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, Inc., a Delaware corporation, | ) **ORDER** |
| Defendants. | ) |

The Court having read and considered Plaintiff's Motion to Remand (Doc. #6), filed on October 25, 2010, and Defendants' Opposition thereto (Doc. #9) filed November 1, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Remand (Doc. #6) is **DENIED**.

DATED: November 4, 2010.

PHILIP M. PRO
United States District Judge